UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BROTHERS ENT, INC. D.B.A. PRIMOS FOOD MART #2, | § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 17-cv-01163-DAE |
| | § | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § | |
| *Defendant*. | § § | |

## ADVISORY TO THE COURT

Defendant Westchester Surplus Lines Insurance Company ("Westchester") files the attached Letter regarding settlement negotiations.

        Respectfully submitted:

        By: /s/ *Stephen Pate*
          Stephen Pate
          *Attorney-in-Charge*
          State Bar No. 15566500
          spate@cozen.com
          **COZEN O'CONNOR**
          LyondellBasell Tower
          1221 McKinney, Suite 2900
          Houston, TX 77010
          Telephone: (832) 214-3957
          Telecopier: (832) 706-3423

          *-and-*

          Donnie M. Apodaca, II
          State Bar No. 24082632
          dapodaca@cozen.com
          **COZEN O'CONNOR**
          1717 Main Street, Suite 3400
          Dallas, Texas 75201-7335
          Telephone: (214) 462-3000
          Telecopier: (214) 462-3299

ATTORNEYS FOR WESTCHESTER<br>SURPLUS LINES INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This certifies that, on May 17, 2018, a true copy of the foregoing was served on the following counsel of record via the Court's ECF notification and/or email, pursuant to the Federal Rules of Civil Procedure:

Brennan M. Kucera
brennan@krwlawyers.com
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
*Attorneys for Plaintiff*

/s/ *Stephen Pate*
Stephen Pate