

**Stephen Pate | Member**
Direct Dial: (832) 214-3957
spate@cozen.com

May 17, 2018

**VIA EFILE**

The Honorable Judge David Ezra
Senior U.S. District Judge
Western District of Texas
San Antonio Division
655 E. Cesar E. Chavez Blvd.
San Antonio, TX 78206

      Re:   *Brothers Enterprises, Inc. v. Westchester Surplus Lines Insurance Company*;
            United States District Court, Western District of Texas, San Antonio Division;
            Civil Action No. SA:17-cv-01163-DAE

Dear Judge Ezra,

    In response to your request for a status report in this case, please be advised that currently the parties are engaging in informal settlement negotiations, which they believe will result in a settlement of this matter without the necessity of a formal mediation.

    The parties are hopeful that this settlement will be reached within the next thirty (30) days and are actively pursuing this route. No other action needs to be taken in this matter at present.

                              Very truly yours,

                              Stephen P. Pate

SPP:lrj

cc:    Courtney Potter, Counsel for Brothers Enterprises