**KETTERMAN | ROWLAND | WESTLUND**
ATTORNEYS AT LAW

Greg Allen* tx
Philip G. Bernal* tx
Bruce Brown la ms
Taylor W. Harper tx
Joshua S. Hatley tx
Kris Hufstetler tx
David Kelner tx

Douglas D. Ketterman* tx
Matthew D. Ketterman tx ms
Desiree Marrufo tx
Chris Mazzola tx
J. Scott Mechler tx
Jay Moore tx
Robert F. Mulhearn III la

Robert A. Pollom tx
Courtney R. Potter tx
Jake S. Rogiers tx
Michael R. Rowland tx
Brian C. Steward* tx
Ryan A. Todd tx dc
R. Scott Westlund tx

*Board Certified - Personal Injury Trial Law Texas Board of Legal Specialization

September 21, 2018

Stephen Pate                                                                 Via Email
Donnie Apodaca
Cozen O'Connor
1717 Main Street, Suite 3400
Dallas, Texas 75201

Re:   Cause No. 5:17-CV-01163; Brothers Ent, Inc. d/b/a Primos Food Mart #2 v. Westchester Surplus Lines Insurance Company, in the United States District Court for the Western District of Texas, San Antonio Division

Dear Mr. Pate:

Please allow this letter to serve as confirmation that Plaintiff and Defendant have agreed to an extension of Plaintiff's and Defendant's expert designation deadlines. Plaintiff's Expert Designation is now due October 22, 2018 and Defendant's Expert Designation is now due December 5, 2018. Further the parties have agreed to extend the discovery deadline to January 7, 2019.

Please sign below to indicate your agreement. Thank you for your attention to this matter. If you have any questions or concerns, please feel free to contact our office.

Sincerely,

/s/ Courtney R. Potter

COURTNEY R. POTTER
*Attorney for Plaintiff*

AGREED TO BY:

*Stephen Pate w/ permission*
_____
Stephen Pate
*Attorney for Defendant*

16500 San Pedro, #302 | San Antonio, TX 78232 | T: (210) 490-4357 | F: (210) 490-8372

Abilene • Austin • Baton Rouge • Beaumont • Houston • Lake Charles • New Orleans • Odessa • Philadelphia • San Antonio
KRWLAWYERS.COM