UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BROTHERS ENT, INC. D.B.A. PRIMOS FOOD MART #2, | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | NO. 5:17-cv-01163 DAE |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Brothers Entertainment, Inc. dba Primos Food Mart #2 and Defendant Westchester Surplus Lines Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendant Westchester Surplus Lines Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

Respectfully submitted,

KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372

By:   */s/ J. Scott Mechler*
      J. SCOTT MECHLER
      State Bar No. 24055952
      Federal Bar No. 3126500
      scott.mechler@krwlawyers.com

ATTORNEY FOR PLAINTIFF

And

**COZEN O'CONNOR**
1717 Main Street, Suite 3400
Dallas, Texas 75201-7335
Telephone: (214) 462-3000
Fax: (214) 462-3299

By:   */s/ Stephen Pate*
Stephen Pate
State Bar No. 15566500
spate@cozen.com
Donnie M. Apodaca, II
State Bar No. 24082632
dapodaca@cozen.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 17, 2019, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

**COZEN O'CONNOR**
1717 Main Street, Suite 3400
Dallas, Texas 75201-7335
Telephone: (214) 462-3000
Fax: (214) 462-3299
Stephen Pate
State Bar No. 15566500
spate@cozen.com
Donnie M. Apodaca, II
State Bar No. 24082632
dapodaca@cozen.com

*/s/ J. Scott Mechler*
J. SCOTT MECHLER